## Commonwealth ex rel. Lowry, Appellant, *v.* Case.

Argued January 15, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Anthony A. Mandio,* with him *Robert J. Hastings,* for appellant.

*John J. Collins,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.